IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. DNCW1:95CR55 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| | ) | |
| LESLIE O'NEIL COOPER. | ) | |

### WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and NORTH CAROLINA DEPARTMENT OF STATE TREASURER:

A judgment was entered on November 6, 1995, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Leslie O'Neil Cooper, whose last known address is XXXXXXXXXXX, Charlotte, NC 28205, in the sum of $4,382.00. The balance on the account as of February 17, 2011 is $2,931.54.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and North Carolina Department of State Treasurer is commanded to **turn over property** in which the defendant, Leslie O'Neil Cooper, Social Security Number XXX-XX-3913, has a substantial nonexempt interest, the said property being any and all unclaimed property held by North Carolina Department of State Treasurer in the name of Leslie Cooper, aka/Leslie O'Neil Cooper, at the following address: North Carolina Department of State Treasurer, 325 N. Salisbury Street, Raleigh, NC 27603.

Signed: February 17, 2011

_____
Dennis L. Howell
United States Magistrate Judge